# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF OREGON

In re  )  Case No. 315-32496-PCM13
DANIEL R HOUSE  )
PATRICIA E HOUSE  )  Confirmation hearing date: Jul 23, 2015
 )
 )  **TRUSTEE'S OBJECTION TO**
 )  **CONFIRMATION AND MOTION**
Debtor(s).  )  **TO DISMISS**

Wayne Godare, the Standing Chapter 13 Trustee Objects to Confirmation of the above case for the reason(s) set out below:

\_\_\_\_\_a. Plan is not feasible:

\_\_\_\_\_b. Case/Plan is not proposed in good faith or is forbidden by law:

\_\_\_\_\_c. Plan does not commit all of debtor's excess projected disposable income pursuant to 11 U.S.C. §1325(b)(1)(B) for the applicable commitment period:

\_\_\_\_\_d. Plan does not meet the best interest test of 11 U.S.C. §1325(a)(4):

__X__e. Filing/documentation is deficient: **as requested at the §341(a) hearing, please provide the Trustee with the following:**
   1. **A copy of the Wage Order filed with the Court;**
   2. **An Amended Attorney Fee Disclosure to attach the fee agreement;**
   3. **Upon review of the Mr. House's pay stubs, the Trustee has determined that the income as stated on Schedule I is understated by $544 and the tax deduction is overstated on Schedule I, please provide an Amended Schedule I or in the alternative provide the Trustee with a written explanation of the difference; and**
   4. **Upon review of the Mrs. House's pay stubs, the Trustee has determined that the income as stated on Schedule I is understated and the tax deduction is overstated and several other deductions are missing on Schedule I, please provide an Amended Schedule I or in the alternative provide the Trustee with a written explanation of the difference.**

__X__f. Other: **as requested at the §341(a) hearing, file an Amended Plan to make the following changes:**
   1. **Check the box "this plan sets out nonstandard provisions beginning with paragraph 10";**
   2. **¶2(b)(4) uncheck the box ¶2(b)(4) uncheck the box "From all available funds after pt. 2(b) payments are made";**
   3. **¶2(b)(4) strike "All attorney fees, including supplemental fees, shall be paid from all available funds after paragraph 2(b) payments are made" and replace with "All attorney fees, including supplemental compensation, shall be paid from all available funds after any fixed monthly payments in ¶2(b) are made"; and**
   4. **¶7 check the box "60".**

If within 7 days prior to the scheduled confirmation hearing, debtor fails to take all necessary steps to satisfy each objection marked above, the Trustee may, in his discretion, urge the court for an order dismissing the case without further notice.

I certify that on June 24, 2015, copies of the above Objection and Motion were served on the debtor(s) by first class mail and any debtor(s) attorney by ECF.

DATED: June 24, 2015 /s/ Wayne Godare, Trustee
NICHOLAS J HENDERSON (mm)