Wayne Godare
Chapter 13 Trustee
District of Oregon - Portland
222 SW Columbia St, Suite 1700
Portland, Oregon  97201
Phone: (503)972-6300

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

In re ) Case No. 15-32496-PCM13
)
DANIEL R HOUSE ) AMENDED
PATRICIA E HOUSE ) TRUSTEE'S OBJECTION TO
) AMENDED SCHEDULE 106C
)
Debtors )

    Wayne Godare, Chapter 13 Trustee ("Trustee"), objects to the Amended Schedule 106C filed on June 1, 2017.

    Exemptions are controlled by the law in effect on the date of filing.  See, 11 USC 522 (b)(3)(A).  Here, debtors attempt to change the State of Oregon exemptions selected at filing to Federal exemptions 24 months after the date of filing.

                                      /s/ Wayne Godare
                                      Wayne Godare, Chapter 13 Trustee

I certify the Trustee served a copy of this document by mail on debtors, at their address as listed in the Court records on June 16, 2017. I further certify that debtor's attorney was served electronically via ECF on June 16, 2017.

/s/ Stephanie Mayo
Office of Wayne Godare, Trustee