| | | |
|---|---|---|
| 06/21/2017 | **WEDNESDAY** | **Judge Peter C McKittrick** |

**9:00 AM** 15-32496 pcm 13  bk    **Daniel Robert House and Patricia Eloise House**

**Trustee's Objection to Exemption (55)**

Daniel Robert House - db      TROY SEXTON xx
Patricia Eloise House - jdb
Wayne Godare - tr xx

Evidentiary Hearing:    Yes: ☐    No: ☒

**Trustee to file amended objection and declaration by July 20, 2017**

**Response due July 28**

**Oral Argument - August 9 @ 10:00 in Ctrm 1**

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☐

DOCKET ENTRY:

Run Date:    06/22/17

Case 15-32496-pcm13    Doc 60    Filed 06/21/17