```
 1  Wayne Godare
    Chapter 13 Trustee
 2  District of Oregon - Portland
    222 SW Columbia St, Suite 1700
 3  Portland, Oregon  97201
    Phone: (503)972-6300
 4

 5

 6                      UNITED STATES BANKRUPTCY COURT
                        FOR THE DISTRICT OF OREGON
 7
    In re                        ) Case No. 15-32496-PCM13
 8                               )
    DANIEL R HOUSE               ) SECOND AMENDED
 9  PATRICIA E HOUSE             ) TRUSTEE'S OBJECTION
                                 ) TO AMENDED SCHEDULE 106C
10                               )
                     Debtors     )
11

12
         Wayne Godare, Chapter 13 Trustee ("Trustee"), objects to the
13
    Amended Schedule 106C filed on June 1, 2017.
14
         Exemptions are controlled by the law in effect on the date of
15
    filing.  See, 11 USC 522 (b)(3)(A).  Here, debtors attempt to
16
    change the State of Oregon exemptions selected at filing to
17
    Federal exemptions 24 months after the date of filing.
18
         Notwithstanding the issue of substituting a different
19
    exemption scheme after the filing of the petition, in this case
20
    the unsecured creditors will be prejudiced if the substitution is
21
    allowed to persist.
22

23

24
                                   /s/ Wayne Godare
25                                 Wayne Godare, Chapter 13 Trustee

26

27

28
```

1       I certify the Trustee served a copy of this document by mail

2  on debtors, at their address as listed in the Court records on

3  June 26, 2017.  I further certify that debtors' attorney was

4  served electronically via ECF on June 26, 2017.

5

6

                  /s/ Stephanie Mayo

7                    Office of Wayne Godare, Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28